# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

TOVI RIGGINS, on behalf of himself and
those similarly situated,

       Plaintiff,

v.                                                      CASE NO. 2:10-CV-541-FtM-36DNF

CHOICE ENVIRONMENT SERVICES
OF COLLIER, INC., a Florida corporation

       Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas Frazier on February 1, 2011 (Dkt. 21), recommending that the Court deny as moot the Joint Motion to Approve Confidential Settlement Agreement and General Release and Joint Stipulation to Dismiss With Prejudice, filed on January 21, 2011 (Dkt. 16) and the Second Joint Motion to Approve Confidential Settlement Agreement and General Release and Joint Stipulation to Dismiss With Prejudice, filed on January 28, 2011 (Dkt. 18). The Magistrate Judge further recommends that the Court approve the parties' Second Joint Motion to Approve Settlement Agreement and General Release and Joint Stipulation to Dismiss With Prejudice, filed on January 31, 2011 (Dkt. 19). The parties filed a Joint Notice of Non-Objection on February 2, 2011 (Dkt. 22).

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all

respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 21) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this order for all purposes, including appellate review.

2) The Joint Motion to Approve Confidential Settlement Agreement and General Release and Joint Stipulation to Dismiss With Prejudice (Dkt. 16) and the Second Joint Motion to Approve Confidential Settlement Agreement and General Release and Joint Stipulation to Dismiss With Prejudice (Dkt. 18) are **DENIED as moot**.

3) The Second Joint Motion to Approve Settlement Agreement and General Release and Joint Stipulation to Dismiss With Prejudice (Dkt. 19) is **GRANTED**. The Settlement Agreement (Dkt. 19, Ex. A) is **APPROVED,** as it constitutes a fair and reasonable resolution of this matter**.**

4) The clerk is directed to terminate any pending motions/deadlines, dismiss this action with prejudice, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on February 16, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies to**:
United States Magistrate Judge Douglas N. Frazier
Counsel of Record